IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SUSAN UTTER<br><br>    Plaintiff,<br><br>v.<br><br>KUEHNE NAGEL, INC.,<br><br>    Defendant. | CIVIL ACTION<br><br>Docket No. 4:21-cv-00422 |

### NOTICE OF SETTLEMENT

Plaintiff is pleased to report that the parties have reached a settlement in the above referenced matter. The parties are in the process of drafting a settlement agreement and exchanging releases and ask for 30 days from today's date to file a Notice of Dismissal With Prejudice.

The parties further request that the conference scheduled for today at 1:30 be cancelled so to not waste judicial resources or require the parties to incur further costs in this matter.

Dated:  September 2, 2021                    **KILGORE & KILGORE, PLLC**


                                             /s/ *Nicholas A. O'Kelly*
                                             **NICHOLAS A. O'KELLY**
                                             Texas Bar No. 15241235
                                             **KILGORE LAW CENTER**
                                             3109 Carlisle
                                             Dallas, TX 75204
                                             (214) 379-0831 (phone)
                                             (214) 379-0841 (fax)
                                             nao@kilgorelaw.com

                                             **ATTORNEY FOR PLAINTIFF**
                                             **SUSAN UTTER**

## **CERTIFICATE OF SERVICE**

      I, Nicholas A. O'Kelly, attorney for Plaintiff Susan Utter, hereby certify that I caused a copy of Plaintiff's Initial Disclosures to be served via email upon counsel for Defendant in the manner and date indicated below:

**Via ECF Notice on September 2, 2021**

Melissa Atkins
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street | Suite 340
Philadelphia, PA 19102-2101
melissa.atkins@obermayer.com

                                              */s/ Nicholas A. O'Kelly*
                                              Nicholas A. O'Kelly