# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| SUSAN UTTER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00422-SDJ-CAN |
| v. | § | |
| | § | |
| KUEHNE NAGEL, INC., | § | |
| | § | |
| Defendant. | | |

## ORDER

Currently this case is set for Rule 16 management conference on *Thursday, September 2, 2021, at 1:30 p.m.* [Dkt. 9]. The Parties have notified the Court that they have settled [Dkt. 11]. The Rule 16 management conference is therefore canceled. Accordingly,

It is **ORDERED** that the Rule 16 management conference set for *Thursday, September 2, 2021, at 1:30 p.m.* is hereby **CANCELED**.

**IT IS SO ORDERED**.
**SIGNED** this 2nd day of September, 2021.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE