IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **SUSAN UTTER** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00422-SDJ |
| | § | |
| **KUEHNE NAGEL, INC.** | § | |
| | § | |
| *Defendant* | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Having resolved all differences in the captioned litigation by signing a settlement agreement with consideration exchanged therein, Plaintiff Susan Utter and Defendant Kuehne Nagel, Inc., collectively the "Parties", move for dismissal with prejudice of all claims asserted upon one another or that could have been asserted upon one another in this action, with each party bearing its own costs. Defendant does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, the Parties pray that the Court enter an Order of Dismissal with Prejudice in this case, and that costs be taxed against the party incurring same.

Respectfully Submitted            **KILGORE & KILGORE, PLLC**

By:    Nicholas A. O'Kelly
        State Bar No. 15241235
        nao@kilgorelaw.com
        **KILGORE LAW CENTER**
        3109 Carlisle Street
        Dallas, TX 75204-2471
        (214) 969-9099 – Telephone
        (214) 953-0133 – Facsimile

        **ATTORNEY FOR PLAINTIFF
        SUSAN UTTER**

|  |  |
|---|---|
| | **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** |
| By: | _____ |
| | MELISSA ATKINS |
| | State Bar No. 02883500 |
| | Centre Square West |
| | 1500 Market Street | Suite 340 |
| | Philadelphia, PA 19102-2101 |
| | melissa.atkins@obermayer.com |
| | (215) 665-3146 - Telephone |
| | (215) 665-3165 - Facsimile |
| | |
| | **COUNSEL FOR DEFENDANT KUEHNE NAGEL, INC.** |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served upon all counsel of record via ECF electronic notice on this 18th day of October, 2021.

_____
Nicholas A. O'Kelly